Marjorie G. Lake, Administrator of the Estate of Clarence Calvin Lake, Deceased, Plaintiff-Appellant, v. Luther B. Lamb and J. C. McCandless, Defendants-Appellees.

Gen. No. 61–O–12.

Fourth District.

February 17, 1962.

Kenneth A. Green, of Mattoon (Thomas Logue, of counsel, of Mattoon), for appellant; Smith, McCollum & Riggle, of Flora, for appellee. Opinion by JUDGE SCHEINEMAN. **Not to be published in full.**